The Honorable Mary Alice Theiler

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SAIDAH COAXUM,<br><br>Plaintiff,<br>v.<br><br>STATE OF WASHINGTON, WASHINGTON OFFICE OF ADMINISTRATIVE HEARINGS; ANNA MARIE THEBO; JOEL ROALKVAM; BEA MUNOZ,<br><br>Defendants. | NO. CV10-1815 MAT<br><br>[~~PROPOSED~~] ORDER GRANTING AGREED MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE<br><br>Hearing Date: November 14, 2011 |

THIS MATTER having come on before the above-entitled Court upon the Parties' Agreed Motion to Continue the Dispositive Motion Deadline, the Court having examined the records and being fully advised in the matter, now, therefore,

IT IS HEREBY ORDERED That the dispositive motion filing deadline of the above-entitled cause shall be continued from December 5, 2011 to January 9, 2012.

DATED this <u>16th</u> day of November, 2011.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

[~~PROPOSED~~] ORDER GRANTING AGREED MOTION TO CONTINUE THE DISPOSITIVE MOTION DEADLINE
NO. CV10-1815 MAT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352